# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3083

_____

Dollether Tobar,                 *
                                *

         Appellant,         *
                                *    Appeal from the United States

     v.                        *    District Court for the
                                *    Eastern District of Arkansas.

Arkansas Department of Correction;   *
Robert Jackson,               *         [UNPUBLISHED]
                                *

         Appellees.         *

_____

Submitted: March 31, 2010
Filed: April 8, 2010

_____

Before RILEY,[1] Chief Judge, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Dollether Tobar appeals the district court's[2] adverse grant of summary judgment in her employment-discrimination action. After careful de novo review, see Sutherland v. Mo. Dep't of Corrs., 580 F.3d 748, 750 (8th Cir. 2009), we conclude

---

[1]The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

[2]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

summary judgment was proper for the reasons stated in the district court's thorough, well-reasoned order.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____